**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SHAKIA GREEN,

                Plaintiff,

-vs-                                      Case No. 6:09-cv-548-Orl-18GJK

F.D. WILSON TRUCKING COMPANY,
INC., a foreign corporation, d/b/a Discovery
Transport, Inc.,
CURTIS D. STEWART,

                Defendants.

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **DEFENDANT, F.D. WILSON TRUCKING COMPANY, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS (Doc. No. 41)**
>
> **FILED:**       **July 13, 2009**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot. On August 20, 2009, Plaintiff filed a second amended complaint. Doc. No. 56.

      Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 30, 2009.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy