UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAKIA GREEN,

                Plaintiff,

-vs-                                          Case No. 6:09-cv-548-Orl-18GJK

F.D. WILSON TRUCKING COMPANY,
INC., a foreign corporation, d/b/a Discovery
Transport, Inc.,
CURTIS D. STEWART,

                Defendants.
_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| MOTION: | DEFENDANT, F.D. WILSON TRUCKING COMPANY, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS (Doc. No. 41) |
| FILED: | July 13, 2009 |
| THEREON it is RECOMMENDED that the motion be DENIED as moot. On August 20, 2009. Plaintiff filed a second amended complaint. Doc. No. 56. | |

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

*So ordered*
*So out of*
*[signature] KENDALL SHARP*
*U.S. DISTRICT JUDGE*